IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CITY OF DARDANELLE and
YELL COUNTY WILDLIFE FEDERATION					PLAINTIFFS

v.					No. 4:14-cv-98-DPM

DEPARTMENT OF TRANSPORTATION;
FEDERAL HIGHWAY ADMINISTRATION;
ARKANSAS STATE HIGHWAY &
TRANSPORTATION DEPARTMENT; and
RIVER VALLEY REGIONAL INTERMODAL
AUTHORITY					DEFENDANTS

ORDER

Federal defendants' status report, № 62, noted and appreciated. Proposed briefing schedule approved. The Court will enter a scheduling order with dates after the supplemental record is filed. Joint status report due by 18 May 2015.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

26 March 2015