IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CITY OF DARDANELLE and
YELL COUNTY WILDLIFE FEDERATION                          PLAINTIFFS

v.                              No. 4:14-cv-98-DPM

DEPARTMENT OF TRANSPORTATION;
FEDERAL HIGHWAY ADMINISTRATION;
ARKANSAS STATE HIGHWAY &
TRANSPORTATION DEPARTMENT;
and RIVER VALLEY REGIONAL
INTERMODAL AUTHORITY                                     DEFENDANTS

ORDER

1. The federal defendants' motion to strike is granted with a caveat—they have pledged to consider № 71-2 in the reevaluation. № 74-3 *at* ¶ 14. The Court directs that those comments be made part of the supplemental administrative record and considered.

2. Plaintiffs' motion to lift the stay, № 79, is denied without prejudice. The Court notes, though, that a final decision has been promised for many months. *E.g.*, № 66 *at 1*. The Court expects defendants to meet their new January 2016 internal deadline. № 80-1 *at 3*. The plaintiffs' last-minute comments have added to the delay; but it's time nonetheless to move this dispute forward.

*   *   *

Motion, № 74, granted with a caveat: № 71, 71-1 & 71-2 are stricken; but the federal defendants must include № 71-2 in the supplemental administrative record and consider those comments. Motion to lift stay, № 79, denied without prejudice.

So Ordered.

_wpmarshall jr._

D.P. Marshall Jr.
United States District Judge

_22 December 2015_