IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CITY OF DARDANELLE and
YELL COUNTY WILDLIFE FEDERATION                                    PLAINTIFFS

v.                          No. 4:14-cv-98-DPM

DEPARTMENT OF TRANSPORTATION;
FEDERAL HIGHWAY ADMINISTRATION;
ARKANSAS STATE HIGHWAY &
TRANSPORTATION DEPARTMENT;
and RIVER VALLEY REGIONAL
INTERMODAL AUTHORITY                                               DEFENDANTS

ORDER

The Court notes and appreciates the federal defendants' notice of decision, № 82. The stay is lifted. The supplemental administrative record must be filed by 7 April 2016. The briefing schedule previously approved, № 62 at 2-3 & 63, is implemented.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

8 March 2016