IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CITY OF DARDANELLE and
YELL COUNTY WILDLIFE FEDERATION                      PLAINTIFFS

v.                      No. 4:14-cv-98-DPM

DEPARTMENT OF TRANSPORTATION;
FEDERAL HIGHWAY ADMINISTRATION;
ARKANSAS STATE HIGHWAY &
TRANSPORTATION DEPARTMENT;
and RIVER VALLEY REGIONAL
INTERMODAL AUTHORITY                                 DEFENDANTS

ORDER

Joint report, № 93, noted and appreciated. The Court agrees with this common sense proposal with one exception. The motion to supplement, № 90, is denied without prejudice. The parties should revisit the supplementation issue, if need be, down the line. The Court looks forward to getting the upcoming report by 8 July 2016. The Court requests that all the parties keep in mind the age of this case and the need for resolution sooner rather than later.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 June 2016