## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**CITY OF DARDANELLE and**
**YELL COUNTY WILDLIFE FEDERATION**                      **PLAINTIFFS**

v.                              **No. 4:14-cv-98-DPM**

**DEPARTMENT OF TRANSPORTATION;**
**FEDERAL HIGHWAY ADMINISTRATION;**
**ARKANSAS STATE HIGHWAY &**
**TRANSPORTATION DEPARTMENT;**
**and RIVER VALLEY REGIONAL**
**INTERMODAL AUTHORITY**                               **DEFENDANTS**

### ORDER

Joint status report, № 95, noted and appreciated.  The Court approves

the schedule in principle, but would prefer date-certain deadlines.  We'll do

it in stages.  Here are the initial due dates.

- Amended complaint . . . . . . . . . . . . . . . . . . . . . . . 12 August 2016

- Corps's administrative record . . . . . . . . . . . 16 September 2016

- Any motion to supplement . . . . . . . . . . . . . . . . . 7 October 2016

The Court will set the suggested briefing schedule, and oral argument, on

dates certain after the record is settled.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 July 2016