# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

CITY OF DARDANELLE and
YELL COUNTY WILDLIFE FEDERATION, INC.            PLAINTIFFS

v.                         No. 4:14-cv-98-DPM

DEPARTMENT OF TRANSPORTATION;
FEDERAL HIGHWAY ADMINISTRATION;
ARKANSAS STATE HIGHWAY &
TRANSPORTATION DEPARTMENT; RIVER
VALLEY REGIONAL INTERMODAL
AUTHORITY; and DEPARTMENT OF DEFENSE,
United States Army Corps of Engineers,
Little Rock District                              DEFENDANTS

## ORDER

The Court must review the complete administrative record that was before the FHWA and Corps when they made their decisions. *Voyageurs National Park Association v. Norton*, 381 F.3d 759, 766 (8th Cir. 2004). And the Corps' designation of its record is entitled to a presumption of regularity. *Citizens to Preserve Overton Park, Inc. v. Volpe*, 401 U.S. 402, 415 (1971). The Court concludes, however, that the plaintiffs have shown the Corps considered information not in its lodged record, № 106, as supplemented, № 116. The plaintiffs have sufficiently identified a document that should have been included, and raised a strong and reasonable inference that other

missing materials exist. *Committee of 100 on the Federal City v. Foxx*, 140 F. Supp. 3d 54, 60 (D.D.C. 2015). The Court directs the Corps to produce the following to further supplement its administrative record:

- The "draft response" referenced in the 23 October 2014 email, COE0000476.

- Any minutes, notes, or other records from the October 2014 Galveston meeting about the River Valley Intermodal Facility.

- Any communications, memoranda, or other records regarding the Southwestern Division's concerns mentioned in paragraph 3 of the 29 October 2014 "Memorandum for Record," COE0000478.

The Corps should produce this information as soon as practicable and no later than 7 July 2017. As soon as the record is completed, the Court will set the briefing schedule. Motion, № 108, as supplemented by № 122, granted as modified.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 June 2017

-2-